# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Steven Patton,

          Plaintiff,        Case No. 24-cv-10771

v.                                  Judith E. Levy
                                   United States District Judge

Tina Ealey, *et al.*,
                                   Mag. Judge Kimberly G. Altman

          Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [38]

Before the Court is Magistrate Judge Kimberly G. Altman's Report and Recommendation recommending the Court (1) grant the motion for summary judgment on the basis of exhaustion filed by Defendants Ryan Green and Gregory Mikat (ECF No. 17) and (2) grant the motion for summary judgment on the basis of exhaustion filed by Defendants Tina Ealey and Charlene Peterson. (ECF No. 34.) The parties were required to file specific written objections, if any, within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the result. Accordingly,

The Report and Recommendation (ECF No. 38) is ADOPTED;

The motion for summary judgment filed by Green and Mikat (ECF No. 17) is GRANTED;

The motion for summary judgment filed by Ealey and Peterson (ECF No. 34) is GRANTED; and

This case is hereby DISMISSED WITHOUT PREJUDICE.[1]

IT IS SO ORDERED.

Dated: January 30, 2025       s/Judith E. Levy
   Ann Arbor, Michigan      JUDITH E. LEVY
                                    United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 30, 2025.

                                      s/William Barkholz
                                      WILLIAM BARKHOLZ
                                      Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).